## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------x
                                        :
In re:                                  :    Chapter 11
                                        :
TUBO DE PASTEJÉ, S.A. DE C.V.,          :    Case No. 09-14353 (KJC)
                                        :
              Debtor.                   :    Joint Administration Requested
                                        :
-----------------------------------------------------x
                                        :
In re:                                  :    Chapter 11
                                        :
CAMBRIDGE-LEE HOLDINGS, INC.,           :    Case No. 09-14352 (KJC)
                                        :
              Debtor.                   :    Joint Administration Requested
                                        :
-----------------------------------------------------x    Re: Docket No. 2, 17
```

### ORDER, PURSUANT TO FED. R. BANKR. P. 1015(b)
### AND DEL. BANKR. L.R. 1015-1, DIRECTING
### JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the motion, dated December 8, 2009 (the "Motion"),[1] of Tubo de Pastejé,

S.A. de C.V. and Cambridge-Lee Holdings, Inc. (together, the "Companies"), each a debtor and

debtor-in-possession in the above-captioned chapter 11 cases, for entry of an order, pursuant to

rule 1015(b) of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy

Rules") and rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United

States Bankruptcy Court for the District of Delaware (as amended, the "Local Rules"), directing

the joint administration of the Companies' chapter 11 cases for procedural purposes only, as

more fully set forth in the Motion; and upon consideration of the Dávila Declaration; and the

Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28

U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core

proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this district pursuant to 28

---

[1] Capitalized terms not otherwise defined herein have the meanings assigned to them in the Motion.

U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of the Companies, their creditors, and all other parties-in-interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing therefore, it is

      **ORDERED** that the Motion is granted as set forth herein; and it is further

      **ORDERED** that, pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1, the above-captioned chapter 11 cases shall be jointly administered for procedural purposes only under Case No. 09-14353 (KJC); and it is further

      **ORDERED** that nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of the Companies' estates; and it is further

      **ORDERED** that the caption of the jointly administered cases should read as follows:

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
                                      :
In re:                                :      Chapter 11
                                      :
                                      :      Case No. 09-14353 (KJC)
TUBO DE PASTEJÉ, S.A. DE C.V., et al.,¹ :
                                      :      (Jointly Administered)
                                      :
                Debtors.              :
-----------------------------------------------------------x
```

¹ The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are Tubo de Pastejé, S.A. de C.V. (2827) ("Tubo") and Cambridge-Lee Holdings, Inc. (2123) ("CLH"). The service address for Tubo is Km. 109 Carretera Panamericana, México-Querétaro, Jocotitlán, Estado de México, 50700, and the service address for CLH is 86 Tube Drive, Reading, PA 19605.

; and it is further

**ORDERED** that the Clerk of the Court shall enter the following notation on the docket in each of the above-captioned chapter 11 cases:

> An Order has been entered in this case directing the joint administration of the chapter 11 cases of Tubo de Pastejé, S.A. de C.V. and Cambridge-Lee Holdings, Inc. for procedural purposes only. The docket in Case No. 09-14353 (KJC) should be consulted for all matters affecting these cases.

; and it is further

**ORDERED** that the Companies are hereby authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation and/or interpretation of this Order.

Dated: Dec 10 , 2009

HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE

DOCS_DE:155519.3

3